<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1161**

ANTHONY L. MCNAIR, Apostle,

                Plaintiff – Appellant,

        v.

ROCKY MOUNT DISTRICT ATTORNEY'S OFFICE,

                Defendant – Appellee.

**No. 11-1162**

ANTHONY L. MCNAIR, Apostle,

                Plaintiff – Appellant,

        v.

ROCKY MOUNT POLICE DEPARTMENT; J. WAYNE SEARS; JENNY L. MATTHEWS,

                Defendants – Appellees.

Appeals from the United States District Court for the Eastern District of North Carolina, at New Bern.   Louise W. Flanagan, Chief District Judge.  (5:10-cv-00546-FL; 5:10-cv-00561-FL)

Submitted: April 11, 2011        Decided: April 15, 2011

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony L. McNair, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony L. McNair appeals the district court's order adopting the recommendations of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaints under 28 U.S.C. § 1915(e)(2)(B) (2006). Because McNair's informal briefs fail to address the district court's basis for dismissing his complaints, this issue has been abandoned. See 4th Cir. R. 34(b); Wahi v. Charleston Area Med. Ctr., Inc., 562 F.3d 599, 607 (4th Cir. 2009), cert. denied, 130 S. Ct. 1140 (2010). Accordingly, we deny McNair's motions for protection and affirm the district court's order. McNair v. Rocky Mount Dist. Att'y's Office, No. 5:10-cv-00546-FL; McNair v. Rocky Mount Police Dep't, No. 5:10-cv-00561-FL (E.D.N.C. Jan. 24, 2011; Jan. 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED